IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Steven R. Myers
Tatiana Myers
6686 Township Rd. 56
Huntsville, OH  43324

Case No: 23-50133

Chapter 13

Judge: Mina Nami Khorrami

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

---

The Case was commenced on January 18, 2023.
The plan was not confirmed.
The Case was concluded on May 09, 2023.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been negotiated.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL PRIOR TO CONFIRMATION.  THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:          189.00

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 0.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ASHLEY FUNDING SERVICES LLC 00013    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC 00014    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORPORATION 00001    SECURED-506 | 9,598.43 | 0.00 | 0.00 | 0.00 |
| DNF 00008    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| HICKORY HOLLOW RENTALS LLC 00012    LEASE | 10,581.84 | 0.00 | 0.00 | 0.00 |
| MARY RUTAN HOSPITAL 00002    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC 00011    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| MIKES ROOFING INC 00005    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| PEDIATRIC OPHTHALMOLOGY ASSO 00006    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PLANET HOME LENDING LLC 00003    PRE-PET MTG ARREARS | 68,110.95 | 0.00 | 0.00 | 0.00 |
| PLANET HOME LENDING LLC 00009    CODEBTOR CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| PYOD LLC 00010    UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Steven R. Myers 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 23-50133   Steven R. Myers and Tatiana Myers

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Steven R. Myers 00000    DEBTOR REFUND | 2,961.00 | 2,961.00 | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING AND URBAN 00004    SECURED | 58,943.49 | 0.00 | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES 00007    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 2,961.00 | 2,961.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 147,234.71 | 0.00 | 22,022.28 | 0.00 | 2,961.00 | 172,217.99 |
| PRIN PAID | 0.00 | 0.00 | 0.00 | 0.00 | 2,961.00 | 2,961.00 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | | TOTAL PAID: | 2,961.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| JUSTIN MATTHEW LOPEZ ESQ | 2,000.00 | 0.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 189.00 | 0.00 | 0.00 | 189.00 |

Dated: 06/06/2023

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 1600
COLUMBUS, OH  43215-3419
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: Steven R. Myers<br>Tatiana Myers<br>6686 Township Rd. 56<br>Huntsville, OH  43324 | Case No: 23-50133<br><br>Chapter 13<br><br>Judge: Mina Nami Khorrami |

## CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

The Chapter 13 Trustee's account will be filed with the Court after all checks issued by the Trustee have been negotiated. No notice will be given of the filing of the Final Report as this notice is intended to comply with FRBP 5009 (a).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 1600
COLUMBUS, OH  43215-3419
(614)420-2555